*Wednesday, June 30, 1999*

## MERIT DOCKET

**99–442. State ex rel. Strothers v. Colon.**
Cuyahoga App. No. 74916. On motion to strike affidavit of indigency and brief. *Sua sponte,* cause

1414

dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.